FILED
September 30, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **EDDIE NEALY and DE ANN NEALY,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | **CIVIL NO. SA-23-CV-00335-OLG** |
| § | |
| **PHH MORTGAGE CORPORATION,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

On this date, the Court granted the Motion for Summary Judgment filed by Defendant PHH Mortgage Corporation ("PHH" or "Defendant") and now enters the following final judgment in accordance with Rule 58.

It is **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Eddie Nealy and De Ann Nealy ("Plaintiffs") take nothing on all claims they have brought in this cause. It is further,

**ORDERED, ADJUDGED, AND DECREED** that an event of default has occurred on that certain *Texas Home Equity Adjustable Rate Note* (the "Note") in the principal amount of $340,000.00 that was originally payable to Mortgage Electronic Registration Systems, Inc. ("MERS") acting solely as nominee for Fremont Investment & Loan ("Fremont Investment"), executed by Eddie C. Nealy, Jr., on or about September 8, 2006. It is further,

**ORDERED, ADJUDGED, AND DECREED** that that certain Texas Home Equity Security Instrument (First Lien) (the "Security Instrument") (the Note and Security Instrument will hereafter be referred to collectively as the "Loan Agreement"), recorded in the real property records of Bexar County, Texas on October 3, 2006, under Document No. 20060240739, provides PHH, in the event of a default on the obligations on the Note, with a first lien security interest on

that certain real property located at 19206 Autumn Garden, San Antonio, Texas 78258 (the "Property"), more particularly described as:

> LOT 109, BLOCK 1, NCB 19214, FAIRWAYS OF SONTERRA, UNIT 1, P.U.D., SITY OF SAN ANTONIO, BEXAR COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN VOLUME 9514, PAGES 87- 89, DEED AND PLAT RECORDS, BEXAR COUNTY, TEXAS.

It is further,

**ORDERED, ADJUDGED, AND DECREED** that PHH is the current legal owner and holder of the Note and mortgagee of the Security Instrument. It is further,

**ORDERED, ADJUDGED, AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Loan Agreement, plus all contractual interest, escrow advances, fees, costs, attorney's fees incurred in this action, and other items in the Loan that are recoverable and have accrued since that date; pre-judgment interest; post-judgment interest; and costs of court. It is further,

**ORDERED, ADJUDGED, and DECREED** that due to an event of default on the Note, namely non-payment, PHH, or its successors or assigns, may enforce its Security Instrument against the Property through non-judicial foreclosure of the Property as provided in the Security Instrument and § 51.002 of the Texas Property Code. It is further,

**ORDERED, ADJUDGED, AND DECREED** that this judgment is *in rem* and is not a personal judgment against any party. It is further,

**ORDERED, ADJUDGED, AND DECREED** that all costs are to be taxed against Plaintiffs as a further obligation of the debt, and not as a personal judgment against Plaintiffs. It is further,

**ORDERED, ADJUDGED, AND DECREED** that all writs and processes necessary for the enforcement and execution of this Final Judgment may issue. It is further,

**ORDERED, ADJUDGED, AND DECREED** that this judgment is final and appealable, and all relief not granted herein is denied.

**SIGNED** this 30 day of September, 2024.

_____
ORLANDO L. GARCIA
United States District Judge